**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **CRAIG O. COPLEY,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| **v.** ) | **CIVIL NO. 2:16-CV-343-DBH** |
| ) | |
| **HELENE M. VARTELAS,** ) | |
| ) | |
| **DEFENDANT** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On July 14, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on 28 U.S.C. § 2241 Petition, the plaintiff's request for a writ of habeas corpus. The plaintiff filed objections to the Recommended Decision on July 20, 21, and 29, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary. This court simply has no jurisdiction since the plaintiff is in custody in Connecticut.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The petition is **DISMISSED WITHOUT PREJUDICE** to his filing his petition in a court that has jurisdiction. No certificate of appealability shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

**DATED THIS 4TH DAY OF AUGUST, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**