## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| CRAIG O. COPLEY, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>HELENE M. VARTELAS, )<br>)<br>DEFENDANT ) | CIVIL NO. 2:16-CV-343-DBH |

### ORDER ON PETITION FOR RECONSIDERATION

The petition for reconsideration is **DENIED**. There is still no allegation that someone in Maine has custody of the plaintiff; instead the papers still show custody in Connecticut. This court, therefore, has no jurisdiction to award the relief the plaintiff seeks.

In the petition the plaintiff also asks that "if denied, [the court] grant Copley expedited appeal on the entire records in forma pauperis, to the First Circuit Court of Appeals and grant what further relief that the court deems just and proper." I have no authority over the First Circuit Court of Appeals docket, and any request for expedited treatment should be directed to that court once the plaintiff properly files a notice of appeal with this court. I observe that the plaintiff has previously been granted leave to proceed in forma pauperis in this court. See Fed. R. App. P. 24(a)(3).

SO ORDERED.

DATED THIS 22ND DAY OF AUGUST, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE